IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR292 |
| | ) | |
| v. | ) | |
| | ) | |
| DUANE WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to continue hearing (Filing No. 42).  The Court finds said motion should be granted.  Accordingly,

IT IS ORDERED that defendant's motion to continue hearing is granted; final dispositional hearing is rescheduled for:

**Friday, September 9, 2005, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 27th day of July, 2005.

BY THE COURT:

/s/ Lyle E. Strom

_____
      LYLE E. STROM, Senior Judge
      United States District Court