IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR292 |
| | ) | |
| v. | ) | |
| | ) | |
| DUANE WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to continue dispositional hearing (Filing No. 44). The Court notes plaintiff has no objection to the continuance. Accordingly,

IT IS ORDERED that defendant's motion to continue is granted; said hearing is rescheduled for:

**Friday, October 7, 2005, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 8th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court