IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:00cr292 |
| v. | ) | |
| DUANE E. WALKER, | ) | ORDER |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 46 be stricken from the record for the following reasons:

- Document filed in incorrect case.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 46 from the record.

DATED this 9th day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court