# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>         Plaintiff,           )<br>                              )           8:00CR292<br>    vs.                       )<br>                              )           ORDER<br>DUANE E. WALKER,              )<br>                              )<br>         Defendant.           ) | |

     Defendant Duane E. Walker (Walker) appeared before the court on September 12, 2005, on an Amended Petition for Warrant or Summons for Offender Under Supervision (Report) (Filing No. 49). Walker was represented by Assistant Federal Public Defender Jessica L. Milburn and the United States was represented by Assistant U.S. Attorney Robert C. Sigler. Through his counsel, Walker waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). I find that the Report alleges probable cause and that Walker should be held to answer for a final dispositional hearing before Senior Judge Lyle E. Strom.

     The government moved for detention. At the time of Walker's appearance before the court, he was being held in the custody of Nebraska state authorities. The government's motion will be held in abeyance pending Walker coming into federal custody.

     **IT IS ORDERED**:

     1.   A final dispositional hearing will be held before Senior Judge Lyle E. Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:30 a.m. on October 7, 2005.** Defendant must be present in person.

     2.   Walker, having received notice of his return to the custody of Nebraska state authorities pending the disposition of this matter and having waived an opportunity for hearing in this matter pursuant to the Interstate Agreement on Detainers, 18 U.S.C. app § 9(2), the U.S. Marshal is authorized to return Walker to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of Walker.

     DATED this 12th day of September, 2005.

                                                                                BY THE COURT:

                                                                                s/Thomas D. Thalken<br>
                                                                             United States Magistrate Judge