IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR292 |
| | ) | |
| v. | ) | |
| | ) | |
| DUANE WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the dispositional hearing is rescheduled for:

**Thursday, October 13, 2005, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, Omaha, Nebraska.

DATED this 23rd day of September, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court