IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:00CR292 |
| | ) | |
| v. | ) | |
| | ) | |
| DUANE WALKER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to correct or amend the judgment and committal order to reflect credit for time served in custody (Filing No. 64). In reviewing the file, the Court notes that defendant was sentenced on February 24, 2006 (Filing No. 59) following revocation of his supervised release to a term of thirty (30) months with thirty (30) months of supervised release to follow the term of imprisonment, both to run concurrently to the term of imprisonment and supervised release imposed in 8:05CR361.

The sentence imposed in 8:05CR361 was to a term of one hundred (100) months, and the judgment and committal order dated February 28, 2006, provides that with respect to the sentence imposed in that case, the defendant "shall be given credit for time served in federal custody pending disposition" of that case.

This Court's records reflect that defendant was placed in federal custody on September 22, 2005, and he should receive

credit for time served from that date.  To that extent, defendant's motion will be granted.   Accordingly,

        IT IS ORDERED that defendant's motion to correct or amend the judgment and committal order to reflect credit for time served in custody is granted to the extent that he should receive credit for time served since September 22, 2005.

        DATED this 15th day of August, 2007.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                        LYLE E. STROM, Senior Judge
                        United States District Court